**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:18-10015-STA |
| | ) | |
| JAMES FENNER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

This cause came to be heard on October 9, 2018, Assistant United States Attorney, Jim Powell, appearing for the Government and the defendant, James Fenner, Jr., appearing in person, and with counsel, LaRonda Martin.

With leave of the Court, the defendant withdrew  the not guilty plea heretofore entered and entered a plea of guilty to Count 4 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 15, 2019 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 9th day of October, 2018.

s/ S. Thomas Anderson
 CHIEF JUDGE, U. S. DISTRICT COURT